**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANDRE GREEN, : No. 35 EM 2023

Petitioner :

v. :

THE PHILADELPHIA DISTRICT
ATTORNEY OFFICE, DISTRICT :
ATTORNEY LAWRENCE KRASNER,

Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are DISMISSED.